THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CORNELIUS BROWN, Defendant-Appellant.

(No. 57612; )

First District (2nd Division)—September 11, 1973.

PER CURIAM.
STAMOS, P. J., took no part.

Paul Bradley, District Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.